IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHIRLEY MITCHELL                                                                                          PLAINTIFF

vs.                                            Civil No. 1:13-cv-01072

CAROLYN W. COLVIN                                                                                      DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand.  ECF No. 12.  Defendant filed this Motion on March 12, 2014.  *Id.*  Plaintiff has not filed a response in opposition to this Motion, and the time to respond has expired.  *See* Local Rule 7.2(b).  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 7.  Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  ECF No. 12.  After considering this Motion, and because Plaintiff raises no objections to this Motion, the Court **GRANTS** Defendant's Motion to Remand.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 4th day of April 2014.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE